UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JILLIAN CROCHET,

          Plaintiff,

      v.

CALIFORNIA COLLEGE OF THE ARTS, et al.,

          Defendants.

Case No. 20-cv-01057-WHA (AGT)

**ORDER RE: OCTOBER 26 AND 27, 2020, DISCOVERY DISPUTES**

Re: Dkt. Nos. 70, 72

Having considered Jillian Crochet's and CCA's discovery letter briefs and argument, and for the reasons stated on the record at today's discovery hearing, the Court orders as follows:

1. CCA must make available for inspection the eleven rooms in the Panoramic dormitory that are highlighted on the spreadsheet attached as Exhibit A to CCA's October 27 discovery letter brief. *See* ECF No. 72-1. CCA must also make available for inspection the portions of the common areas in the Panoramic in which Crochet alleges there were inaccessible features. Unless leave is obtained from Judge Alsup, the Panoramic inspection must be completed by the deadline previously set by him, which is October 30, 2020. *See* ECF No. 61 at 1.

2. Crochet will endeavor to complete her inspection of CCA's campuses in two days, but will have up to four days to do so. Good cause will need to be shown to exceed four days, and will need to be grounded in Crochet's interrogatory responses. Unless leave is obtained from Judge Alsup, the campus inspection must be completed by the deadline previously set by him, which is November 20, 2020. *See* ECF No. 61 at 1.

3. Because Judge Alsup has referred discovery in this case to the undersigned, *see* ECF No. 48, any future discovery disputes need to be raised in conformance with the undersigned's civil standing order, which is available at https://www.cand.uscourts.gov/judges/tse-alex-g-agt/.

     **IT IS SO ORDERED.**

Dated: October 27, 2020

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California